```
Milord A. Keshishian, SBN 197835
milord@milordlaw.com
Stephanie V. Trice, SBN 324944
stephanie@milordlaw.com
Kelsey M. Schultz, SBN 328159
kelsey@milordlaw.com
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, California 90064
Tel: (310) 226-7878
Fax: (310) 226-7879
Attorneys for Plaintiff
POCKETBOOK INT'L SA
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POCKETBOOK INT'L SA; <br><br> Plaintiff, <br><br> vs. <br><br> DOMAIN ADMIN/SITETOOLS, INC.; and PHILIP ANCEVSKI aka FILIP ANCEVSKI; <br><br> Defendants. | Case No.: 2:20-cv-8708 DMG (PDx) <br><br> **STIPULATION RE TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Response Date: October 30, 2020 |

This stipulation is entered into by and between Plaintiff Pocketbook International SA ("Pocketbook") and Defendants Sitetools, Inc. incorrectly named as Domain Admin/Sitetools, Inc.; and Philip Ancevski aka Filip Ancevski (collectively, "Defendants"), as follows:

WHEREAS, on September 22, 2020, Plaintiff filed its Complaint in the above-referenced matter;

WHEREAS, Plaintiff filed proofs of service for Defendants averring personal

-1-

service on September 24, 2020 (ECF Nos. 11 and 12);

WHEREAS, Defendant Ancevski denies that either Defendant has been personally served in this action;

WHEREAS, on October 9, 2020, Defendants' counsel requested and received service of process on behalf of both Defendants' via email with electronic link to the service documents;

WHEREAS, under Rule 4 of the Federal Rules of Civil Procedure, Defendants' response is due on or before either October 15, 2020, or October 30, 2020;

WHEREAS, pursuant to Central District Local Rule 8-3, the Parties may Stipulate to an extension of time within which to respond to the complaint in an action by not more than thirty (30) days without approval from the Court.

NOW, THEREFORE, Defendants and Pocketbook stipulate that Domain Admin/Sitetools, Inc. and Philip Ancevski shall have until October 30, 2020, to respond to the Complaint.

Dated: October 14, 2020           **MILORD & ASSOCIATES, P.C.**

/s/ Milord A. Keshishian
Milord A. Keshishian
Attorneys for Plaintiff
POCKETBOOK INT'L SA

Dated: October 14, 2020           **LOZA & LOZA, LLP**

/s/ Mike Rodenbaugh
Mike Rodenbaugh
Attorneys for Defendants
SITETOOLS, INC.; and
PHILIP ANCEVSKI

### Attestation Pursuant to L.R. 5-4.3.4(a)(2)(i)

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 14, 2020         **MILORD & ASSOCIATES, P.C.**

/s/ Milord A. Keshishian
Milord A. Keshishian
Attorneys for Plaintiff
POCKETBOOK INT'L SA