**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POCKETBOOK INT'L SA,<br><br>Plaintiff,<br><br>vs.<br><br>DOMAIN ADMIN/SITETOOLS, INC., and PHILIP ANCEVSKI,<br><br>Defendants. | Case No.: CV 20-8708-DMG (PDx)<br><br>**ORDER CONTINUING HEARING RE MOTION TO STRIKE AND DISMISS [27] [30]** |

Based on the parties' joint stipulation [Doc. # 30] to continue the hearing on Plaintiff Pocketbook Int'l SA's Motion to Strike and Dismiss [Doc. # 27], and good cause appearing, the Court **APPROVES** the stipulation to extend Plaintiff's deadline to file a reply brief to June 18, 2021. Thereafter, the motion will be taken under submission. The June 18, 2021 hearing is VACATED.

IT IS SO ORDERED.

DATED: June 8, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE