UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-8708-DMG (PDx) | Date | January 28, 2022 |
| Title | *Pocketbook Int'l SA v. Domain Admin/SiteTools, Inc., et al.* | | |

Present: The Honorable  **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Milord A. Keshishian - VTC | Michael L. Rodenbaugh – VTC |
| | Jonathan Frost - VTC |

**Proceedings:  DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [52]**

The cause is called and counsel state their appearance.  The hearing is held via videoconference.  The Court invites counsel to respond to the tentative ruling.  Following oral argument, the Court advises counsel that the motion shall be taken under submission and a written order will issue.

The Court hereby VACATES the pretrial conference and jury trial dates.  The parties shall meet and confer to select a new trial date.  The Court urges the parties to renew their efforts to resolve their dispute through alternative dispute resolution.

:17