Michael Rodenbaugh (California Bar No. 179059)
Jonathan Frost (California Bar No. 273189)
RODENBAUGH LAW
548 Market Street – Box 55819
San Francisco, California 94104
Phone:  (415) 738-8087
Email:  mike@rodenbaugh.com

*Attorneys for SiteTools, Inc. and Philip Ancevski*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POCKETBOOK INT'L SA,<br><br>Plaintiff,<br><br>vs.<br><br>DOMAIN ADMIN/SITETOOLS, INC.,[1] and PHILIP ANCEVSKI,<br><br>Defendants.<br><br>———<br><br>*AND RELATED COUNTERCLAIMS*. | Case No.: 2:20-CV-8708-DMG (PDx)<br><br>**<u>NOTICE OF LODGING [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION</u>**<br><br>**[F.R.C.P. 12(b)(1)]**<br><br>Date:    April 8, 2022<br>Time:   9:30 a.m.<br>Judge:  Hon. Dolly M. Gee |

---

[1] Plaintiff has incorrectly named this party "Domain Admin/SiteTools, Inc."

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS                    1
PLAINTIFF'S SOLE REMAINING CLAIM

Defendants and Counter-claimants SiteTools Inc. and Philip Ancevski (collectively "Defendants") hereby lodge the attached Proposed Order pursuant to L.R. 5-4.4.1, in relation to Defendants' Motion to Dismiss for Lack of Jurisdiction (Docket #81).

RESPECTFULLY SUBMITTED, on March 14, 2022.

By: *Mike Rodenbaugh* (signature)
Mike Rodenbaugh
RODENBAUGH LAW

*Attorneys for Defendants and Counterclaimants*