Milord A. Keshishian, SBN 197835
milord@milordlaw.com
Stephanie V. Trice, SBN 324944
stephanie@milordlaw.com
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, California 90064
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Plaintiff
POCKETBOOK INT'L SA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POCKETBOOK INT'L SA;<br><br>Plaintiff,<br><br>vs.<br><br>DOMAIN ADMIN/SITETOOLS, INC.;<br>and PHILIP ANCEVSKI aka FILIP ANCEVSKI;<br><br>Defendants.<br>_____<br>AND RELATED COUNTERCLAIMS | Case No.: 2:20-cv-8708 DMG (PDx)<br><br>Honorable Dolly M. Gee<br><br>**NOTICE OF LODGING FIRST AMENDED COMPLAINT**<br><br>Date:      April 15, 2022<br>Time:     9:30 a.m.<br>Location: Courtroom 8C<br>               350 West 1st Street,<br>               Los Angeles, CA 90012 |

## **NOTICE OF LODGING FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Plaintiff Pocketbook Int'l SA hereby lodges the attached [Proposed] First Amended Complaint.

Dated: March 17, 2022

Respectfully submitted,

**MILORD & ASSOCIATES, P.C.**

/s/ Milord A. Keshishian
Milord A. Keshishian
Attorneys for Plaintiff
POCKETBOOK INT'L SA

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878