Michael L. Rodenbaugh (California Bar No. 179059)
Jonathan A. Frost (California Bar No. 273189)
RODENBAUGH LAW
548 Market Street – Box 55819
San Francisco, California 94104
Phone:  (415) 738-8087
Email:  mike@rodenbaugh.com

*Attorneys for SiteTools, Inc. and Philip Ancevski*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POCKETBOOK INT'L SA, | Case No.: 2:20-CV-8708-DMG (PDx) |
| Plaintiff, | **Voluntary Dismissal of Counterclaim** |
| vs. | **[FRCP 41(A)(ii); L.R. 7-1]** |
| DOMAIN ADMIN/SITETOOLS, INC., and PHILIP ANCEVSKI, | |
| Defendants. | |
| *AND RELATED COUNTERCLAIMS*. | |

Pursuant to F.R.C.P. 41(A)(ii), Local Rule 7-1, and further to the Court's order dated June 6, 2022 (Docket #99), the parties hereby stipulate to the voluntary dismissal without prejudice of Counterclaimants' First Cause of Action (Cancellation of Trademark Registration) (Docket #25).

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED, June 13, 2022.

RODENBAUGH LAW

By: /s/ Mike Rodenbaugh
    Mike Rodenbaugh

*Attorneys for Defendants and Counterclaimants*

MILORD LAW P.C.

By: /Milord Keshishian/
    Milord Keshishian

*Attorneys for Plaintiff*