Michael L. Rodenbaugh (California Bar No. 179059)
Jonathan A. Frost (California Bar No. 273189)
RODENBAUGH LAW
548 Market Street – Box 55819
San Francisco, California 94104
Phone:  (415) 738-8087
Email:  mike@rodenbaugh.com

*Attorneys for SiteTools, Inc. and Philip Ancevski*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POCKETBOOK INT'L SA, | Case No.: 2:20-CV-8708-DMG (PDx) |
| Plaintiff, | **Stipulation to Voluntarily Dismiss Sole Remaining Counterclaim** |
| vs. | **[FRCP 41(a)(1)(A)(ii); L.R. 7-1]** |
| DOMAIN ADMIN/SITETOOLS, INC., and PHILIP ANCEVSKI, | |
| Defendants. | |
| *AND RELATED COUNTERCLAIMS*. | |

F.R.C.P. 41(a)(1)(A)(ii) states (emphasis in original):  "*Without a Court Order*. …

the plaintiff may dismiss an action without a court order by filing: …

(ii) a stipulation of dismissal signed by all parties who have appeared.

Pursuant to that federal statute, Local Rule 7-1, and further to the Court's order dated

June 6, 2022 (Docket #99), the parties hereby stipulate to the voluntary dismissal without

prejudice of Counterclaimants' First Cause of Action (Cancellation of Trademark Registration) (Docket #25).

The parties note that, upon acceptance of this Stipulation, all claims and counterclaims in the action will have been dismissed, such that the Court may enter judgment.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED, June 20, 2022.

                RODENBAUGH LAW

                By: /s/ Mike Rodenbaugh
                      Mike Rodenbaugh

*Attorneys for Defendants and Counterclaimants*

                MILORD LAW P.C.

                By: /Milord Keshishian/
                      Milord Keshishian

*Attorneys for Plaintiff*