JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POCKETBOOK INTERNATIONAL SA, | Case No. CV 20-8708-DMG (PDx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SITETOOLS, INC. and PHILIP ANCEVSKI, | |
| Defendants. | |

Pursuant to the Court's Order re Defendants' Motion for Summary Judgment, filed February 2, 2022, the Court's Order re Defendants' Motion to Dismiss for Lack of Jurisdiction, filed June 6, 2022, and the parties' stipulation to dismiss Defendants' remaining counterclaim, filed June 21, 2022,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants SiteTools, Inc. and Philip Ancevski, and against Plaintiff Pocketbook International SA.

**IT IS SO ORDERED.**

DATED: July 1, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE