# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> POCKETBOOK INTERNATIONAL SA

Name(s) of counsel (if any):

> Milord A. Keshishian

Address: 10517 W. Pico Blvd., Los Angeles, CA 90064

Telephone number(s): 310-226-7878

Email(s): milord@milordlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> SITETOOLS, INC.
> PHILIP ANCEVSKI aka FILIP ANCEVSKI

Name(s) of counsel (if any):

> Michael L. Rodenbaugh

Address: 548 Market Street – Box 55819, San Francisco, California 94104

Telephone number(s): (415) 738-8087

Email(s): mike@rodenbaugh.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ◯ Yes   ◯ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**   2   *New 12/01/2018*