Michael L. Rodenbaugh (California Bar No. 179059)
Jonathan Frost (California Bar No. 273189)
RODENBAUGH LAW
548 Market Street – Box 55819
San Francisco, California 94104
Phone: (415) 738-8087
Email: mike@rodenbaugh.com

*Attorneys for SiteTools, Inc. and Philip Ancevski*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POCKETBOOK INT'L SA, | Case No.: 2:20-CV-8708-DMG (PDx) |
| Plaintiff, | |
| vs. | **WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES** |
| DOMAIN ADMIN/SITETOOLS, INC., and PHILIP ANCEVSKI, | Hon. Dolly M. Gee |
| Defendants. | |

Please take notice that Defendants SiteTools, Inc. and Philip Ancevski hereby withdraw their pending Motion for Attorneys' Fees, filed July 15, 2022 (Docket #107), as the case has settled.

Respectfully submitted,

**RODENBAUGH LAW**

Dated: January 30, 2023

By: *[signature: Mike Rodenbaugh]*

Michael L. Rodenbaugh (SBN 179059)

RODENBAUGH LAW

548 Market Street - Box 55819

San Francisco, CA 94104

(415) 738-8087

mike@rodenbaugh.com

*Attorneys for Defendants*