UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-8708-DMG (PDx) | Date | February 1, 2023 |
| Title | *Pocketbook Int'l SA v. Domain Admin/SiteTools, Inc., et al.* | | |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – ORDER WITHDRAWING DEFENDANTS' MOTION FOR ATTORNEYS' FEE AS MOOT [107]**

On January 30, 2023, Defendants filed a withdrawal of motion for attorneys' fees. [Doc. # 114.] Defendants' motion for attorneys' fee is hereby WITHDRAWN. [Doc. # 107.]